1002

OREGON FREIGHTWAYS, INC., ET AL, *Appellants*, v. THE
UTILITIES AND TRANSPORTATION COMMISSION,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-07469-2, J. Kathleen Learned, J., entered
July 12, 1991. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Grosse, C.J., and Pekelis, J.

GLORIA'S SCHOOLS OF BEAUTY, INC., ET AL, *Appellants*, v.
KEITH W. WEIGEL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-02604-0, Joan E. DuBuque, J., entered
January 31, 1991. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Coleman and Agid, JJ.

PARKER BUSINESS CENTER ASSOCIATION, ET AL,
*Respondents*, v. THE CITY OF MOUNT
VERNON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 87-2-00214-7, Gilbert E. Mullen, J., entered
May 1, 1990. *Reversed* by unpublished opinion per Grosse,
C.J., concurred in by Scholfield and Coleman, JJ.